IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

vs.                                                                                       No. 15-cv-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY, GALLAGHER
BASSETT SERVICES, INC.,
GENEX SERVICES, L.L.C.,
and MICHAEL RICHEY,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    December 8, 2015, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **December 8, 2015, at 9:30 a.m.** To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at (215) 446-3656, using code 4382538. Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**