IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

vs.                                                            No. 15-cv-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY, GALLAGHER
BASSETT SERVICES, INC.,
GENEX SERVICES, L.L.C.,
and MICHAEL RICHEY,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 18, 2016, at 9:30 a.m.

    **Matter to be heard**:  Telephonic Status Conference

Pursuant to parties' request received via email on February 2, 2016, the Settlement Conference set for February 26, 2016, [Doc. 73], is VACATED. A telephonic status conference is hereby set for **April 18, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**

---

1 The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.