IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

vs.                                                         Civ. No. 15-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY, GALLAGHER
BASSETT SERVICES, INC.,
GENEX SERVICES, L.L.C.,
and MICHAEL RICHEY,

    Defendants.

## PARTIAL DISMISSAL

Having granted by Memorandum Opinion and Order Defendants GENEX Services, L.L.C. and Michael Richey's Motion to Dismiss (Doc. 114),

    IT IS ORDERED that

1. Baca's negligent misrepresentation claim against GENEX and Richey is dismissed with prejudice; and

2. GENEX and Richey are terminated as Defendants in this case.

                                                                     _____
                                                                       UNITED STATES DISTRICT JUDGE