IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

v.                                                          CIV 15-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY and GALLAGHER BASSETT
SERVICES, INC.,

    Defendants.

## ORDER FOLLOWING HEARING

**THIS MATTER** came before the Court for a hearing on July 19, 2016, on Plaintiff Jennifer Baca's Motion to Compel Discovery from Defendants ACE and Gallagher Bassett (*Doc. 108*). Having reviewed the parties' submissions and the relevant law, and having heard arguments of counsel, the Court stated on the record its rulings and its rationale, and it incorporates such rationale herein.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Motion to Compel (*Doc. 108*) **is granted in part** as follows:

    a. Defendants are ordered to produce in an unredacted form any responsive documents, including e-mails, which were created prior to August 6, 2014, and which have been withheld or redacted on the grounds of work product protection or confidential business/proprietary information;

     **b.** Defendants are ordered to produce the claims manual or instructional documents referenced in the deposition testimony of Katrina Greene, if any such manual or documents have not previously been produced.

     **c.** The parties are directed to confer regarding documents bates-numbered 362 and 638 to determine whether such documents have been or will be produced.

     **d.** Defendants are ordered to certify that they have produced all responsive IFX documents.

2. The motion is **otherwise denied**.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE