IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

vs.         No. 15-cv-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY, GALLAGHER
BASSETT SERVICES, INC.,
GENEX SERVICES, L.L.C.,
and MICHAEL RICHEY,

    Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   August 19, 2016, at 9:30 a.m.

**Matter to be heard**:   Telephonic Status Conference

Defense counsel has indicated that a representative for their client(s) will be unable to attend the Settlement Conference that was set for September 19, 2016.  *See* [Doc. 117].  The Settlement Conference is hereby VACATED.

A telephonic status conference to pick a new date for the Settlement Conference is hereby set for **August 19, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss when to schedule a settlement conference.  Counsel and parties are reminded to have their calendars available for the hearing.  In addition, the representative(s) who will be attending the Settlement

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.

Conference on behalf of Defendants must appear at the telephonic Status Conference to ensure availability on the date selected.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**