IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER BACA,

    Plaintiff,

vs.                                                            No. 15-cv-0151 KG/KBM

ACE AMERICAN INSURANCE
COMPANY, GALLAGHER
BASSETT SERVICES, INC.,
GENEX SERVICES, L.L.C.,
and MICHAEL RICHEY,

    Defendants.

## ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court sua sponte. The settlement conference originally set for September 19, 2016, is reset for **December 19, 2016, at 9:00 a.m**. in the **Brazos Courtroom, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.** The original order setting the settlement conference [Doc. 117] will remain in effect, except that the deadlines are now as follows:

| | |
|---|---|
| **Plaintiff's letter and settlement demand due to Defendants:** | **November 30, 2016** |
| **Defendants' letter and counteroffer due to Plaintiff:** | **December 7, 2016** |
| **Plaintiff provides copies of settlement letters to the Court by:** | **December 12, 2016, at 5:00 p.m.** |
| **Parties' confidential position statements due to the Court:** | **December 12, 2016, at 5:00 p.m.** |

**Settlement Conference:**                      **December 19, 2016, at 9:00 a.m.**

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**